Charles W. Coe
Law Office of Charles W. Coe
810 W. 2nd Avenue
Anchorage, AK 99501
(907) 276-6173
Email: charlielaw@gci.net

Attorney for Plaintiff
Robert Rodgers

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT RODGERS,

                    Plaintiff,

v.

FAIRWATER HOLDINGS, LLC,
CROWLEY MARINE SERVICES, INC.,
SEACOR HOLDING, LLC and FAIRWATER
CREW MANAGEMENT II, LLC,

                    Defendants.

Case No. 3:26-cv-00147-HRH

**COMPLAINT**

COMES NOW, the plaintiff, ROBERT RODGERS, by and through his attorney, CHARLES W. COE, complaining against defendants as follows:

1. Jurisdiction and venue lie in this action, defendants conducting business within this forum's boundaries of this judicial district.

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

RODGERS V. CROWLEY MARING SERVICES,
INC. ET AL
CASE NO.
COMPLAINT

Page 1 of 4

Case 3:26-cv-00147-HRH    Document 1    Filed 04/06/26    Page 1 of 4

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

2. Jurisdiction is founded under the Jones Act (46 USC §30104) for negligence, and under the General Marine Law for unseaworthiness, maintenance and cure.

3. Plaintiff is a resident of the state of Alaska and was a crewmember on the AVEOGAN/Oliver Leavitt, which operates tug/barge operations on the coast and waters of Alaska.

4. Defendant Fairwater Holdings, LLC consists of Crowley Marine Services, Inc., and Seacor Holdings, LLC owns and/or operates the AVEOGAN/Oliver Leavitt.

5. At all times material to issues herein, plaintiff served as an employee of defendants serving as a crewmember aboard its vessel, the AVEOGAN/Oliver Levitt with all acts and/or omissions giving rise to this action occurring in the course of plaintiff's employment in the service of his ship.

6. On or about May 25, 2025, the plaintiff was ordered to remove the life rafts located on the 03 Deck of the vessel so they could be replaced with new life rafts scheduled for delivery that day. Each life raft weighs approximately 300-400 pounds, and removal is a two-person task. The plaintiff was nevertheless ordered to perform the work alone and without a Job Loss Analysis ("JLA") or Job Safety Analysis ("JSA"). While attempting to comply, one of the life rafts became unsecured and fell approximately 60 feet, dragging the plaintiff with it. The plaintiff

RODGERS V. CROWLEY MARING SERVICES,
INC. ET AL
CASE NO.
COMPLAINT

suffered injuries because of the failure to provide a safe place to work, the failure in securing the life raft, in failing to monitor the life raft's lines, in failing to operate a seaworthy vessel, and in the failure of employers to exercise reasonable care on his behalf resulting in injuries and damages set forth in this complaint.

7. The defendants' negligent and tortious acts as well as the unseaworthy conditions, aforesaid caused or contributed to the plaintiff's damages arising from injuries to his neck, spine, and body *inter alia*, as follows:

A. Injuries to his neck, spine, and body.

B. Pain and suffering, past and future.

C. Mortification, humiliation, fright, shock, and embarrassment.

D. Loss of earnings and earning capacity.

E. Hospital, medication, and other cure expenses.

F. Aggravation of prior conditions, if any, there be.

G. Inability to engage in social, recreational, and other previously enjoyed.

H. Mental anguish.

I. Found.

J. Permanent impairment and loss of full use of his body.

K. Maintenance, cure, and/or attorney fees.

L. Other damages that are available under the Jones Act, General Maritime Law, and Federal Law.

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

RODGERS V. CROWLEY MARING SERVICES, INC. ET AL
CASE NO.
COMPLAINT

WHEREFORE, the plaintiff prays for a judgment against defendants jointly and severely to be awarded along with interest, costs, attorney fees, and expenses, all to be methodically adjusted upwards during the pendency of this case.

DATED this 2nd day of April, 2026.

By: /s/Charles W. Coe
Counsel for Plaintiff
810 W 2nd Avenue
Anchorage, Alaska 99501
Phone: (907) 276-6173
charlielaw@gci.net
ABA#7804002

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

RODGERS V. CROWLEY MARING SERVICES, INC. ET AL
CASE NO.
COMPLAINT